Opinion issued November 7, 2002


 



 





In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00327-CV

____________


TOM DEAN JOHNS, Appellant


V.


CHARLES COUSSONS, INDIVIDUALLY AND AS TRUSTEE FOR THE
MARCELINE JOHNS FAMILY TRUST, Appellees






On Appeal from the 127th District Court

Harris County, Texas

Trial Court Cause No. 2001-52475






O P I N I O N

 On June 27, 2002, we ordered that appellant's appeal would be dismissed if he
did not file his brief within 30 days of the date of the order. The 30 days have expired
and appellant has not filed his brief.

 Accordingly, appellant's brief is dismissed for want of prosecution. See Tex.
R. App. P. 42.3(b),(c).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.